**Dennis P. KELLY, Appellant,**

v.

**Arthur J. SILLS, Esquire, Attorney General of the State of New Jersey, and His Agent, Eugene T. Urbaniak, Deputy Attorney General, of Counsel.**

No. 15338.

United States Court of Appeals
Third Circuit.

Submitted Dec. 3, 1965.

Decided Dec. 14, 1965.

Dennis P. Kelly, pro se.

Eugene T. Urbaniak, Deputy Atty. Gen., Trenton, N. J. (Arthur J. Sills, Atty. Gen. of New Jersey, on the brief), for appellees.

Before HASTIE, GANEY and FREEDMAN, Circuit Judges.

PER CURIAM:

The appellant not appearing for oral argument of this appeal, the matter is decided upon the record and the briefs filed by the parties. We find no error in the decision of the district court.

The judgment will be affirmed.

**Loyce PHILLIPS and Inez Phillips, Appellants,**

v.

**UNITED STATES of America, Appellee.**

No. 22253.

United States Court of Appeals
Fifth Circuit.

Dec. 13, 1965.

Henry Schwartz, II, Tyler, Tex., for appellants.

John B. Jones, Jr., Acting Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., William W. Justice, U. S. Atty., Tyler, Tex., Melva M. Graney, Thomas L. Stapleton, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before TUTTLE, Chief Judge, COLEMAN, Circuit Judge, and HUNTER, District Judge.

PER CURIAM:

The judgment appealed from is affirmed on the well reasoned opinion of the District Court, which is found at 233 F.Supp. 59.

**UNITED STATES of America, Appellee,**

v.

**Raymond Edward DAVIS, Appellant.**

No. 10226.

United States Court of Appeals
Fourth Circuit.

Argued Dec. 6, 1965.

Decided Dec. 8, 1965.

R. R. Ryder, Richmond, Va., for appellant.

T. P. Baer, Asst. U. S. Atty. (C. V. Spratley, Jr., U. S. Atty., on brief), for appellee.

Before SOBELOFF, BOREMAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM:

This appeal is from the District Court's denial of a motion for a new trial based on newly discovered evidence. Neither the asserted discrepancy in the testimony nor the allegedly new evidence is of sufficient materiality or weight to warrant our saying that the District Court abused its discretion. We find no error; the appeal is frivolous.

Affirmed.